UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER G. YZAGUIRRE, <br> Plaintiff, <br> v. <br> SUPERIOR COURT OF WASHINGTON, et al., <br> Defendants. | Case No. 19-cv-04040-JCS (PR) <br><br> **ORDER OF TRANSFER** |

Plaintiff's claims arise from events that occurred in Washington. Accordingly, this action is TRANSFERRED to the Western District of Washington wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred therein, and because the named defendants reside there. *See* 28 U.S.C. §§ 128(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** July 16, 2019

JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER G. YZAGUIRRE,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF WASHINGTON, et al.,<br><br>    Defendants. | Case No. 19-cv-04040-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on July 16, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Skyler G. Yzaguirre ID: 108901
Skagit County Community Justice Center
201 Suzanne Lane
Mount Vernon, WA 98273

Dated: July 16, 2019

                                               Susan Y. Soong
                                               Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO