UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SKYLER G. YZAGUIRRE,

            Plaintiff,

  v.

SUPERIOR COURT OF WASHINGTON, et al.,

            Defendants.

CASE NO. C19-1106 RAJ-BAT

**REPORT AND RECOMMENDATION**

Plaintiff is detained at the Skagit County Justice Center and has filed a 42 U.S.C. § 1983 against the Superior Court of Skagit County and the State of Washington. Dkt.1. The Court is required to screen complaints filed by plaintiffs who are prisoners. *See* 28 U.S.C. § 1915A(a). The Court must "dismiss the complaint, or any portion of the complaint, if it is: (1) frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* at (b); 28 U.S.C. § 1915(e)(2); *see Barren v. Harrington*, 152 F.3d 1193 (9th Cir. 1998). For the reasons below, the Court recommends the complaint be dismissed without prejudice. If this recommendation is adopted, any application to proceed *in forma pauperis* should be stricken as moot.

REPORT AND RECOMMENDATION - 1

**DISCUSSION**

The complaint filed in this case alleges plaintiff has objected to "multiple continuances" in his pending criminal case and that he is being "shackled unjustly due to the judge's statement of me not keeping my mouth shut for the reasoning of my shackling for further court appearances." *Id.* As relief, plaintiff requests that he be released from custody so he can "seek further counsel." *Id.*

The nature of the allegations indicate plaintiff is detained on pending criminal charges and challenges the manner in which the state court judge is handling the case. A Federal Court will not intervene in a pending state criminal matter absent extraordinary circumstances where the danger of irreparable harm is both great and immediate. See *Younger v. Harris*, 401 U.S. 37, 45, 46 (1971). The *Younger* abstention doctrine requires that a federal district court dismiss a federal action if state proceedings are (1) ongoing, (2) implicate important state interests, and (3) afford the plaintiff an adequate opportunity to raise the federal issue. *Columbia Basin Apartment Ass'n v. City of Pasco*, 268 F.3d 791, 799 (9th Cir. 2001) (citation omitted). Each of the *Younger* criteria are satisfied here. Plaintiff's proceedings are ongoing, involve a criminal prosecution that implicates important state interests, and there is nothing to indicate that plaintiff cannot raise in his criminal case the claim (if there is one). As addressing plaintiff's speedy trial and shackling claims in this action would unduly interfere with the state criminal proceeding in a way *Younger* disapproves, the Court should abstain from acting. The Court accordingly recommends the case be dismissed without prejudice. If the Court adopts this recommendation, any application to proceed *in forma pauperis* submitted by the plaintiff should be stricken as moot.

/

/

**OBJECTIONS AND APPEAL**

This Report and Recommendation is not an appealable order. Thus, plaintiff should not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **August 1, 2019.** The Clerk should note the matter for **August 2, 2019**, as ready for the District Judge's consideration if no objection is filed. Objections shall not exceed eight pages. The failure to timely object may affect the right to appeal.

DATED this 18th day of July, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 3