UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SKYLAR G. YZAGUIRRE,<br><br>       Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF WASHINGTON, et al.,<br><br>       Defendants. | Case No. C19-1106-RAJ<br><br>**REPORT AND RECOMMENDATION DENYING IFP AND NOTING MATTER** |

Plaintiff's application to proceed *in forma pauperis* has been referred to the undersigned. Dkt. 10. The Court has reviewed the application and recommends *in forma pauperis* status be denied because plaintiff's application avers he has $3000 dollars in a checking account and he can pay the fees and costs. *Id.*

(1)     Any objection to this Report and Recommendation must be filed by **September 3, 2019.**

(2)     Objections to this recommendation must not exceed five (5) pages.

(3)     The clerk shall note this recommendation and the recommendation the law suit be dismissed for **September 6, 2019** as ready for the district judge's consideration. The failure to timely object may affect the right to appeal.

REPORT AND RECOMMENDATION DENYING IFP AND NOTING MATTER - 1

(4)   The clerks shall provide a copy of this recommendation to plaintiff.

DATED this 27th day of August, 2019

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

REPORT AND RECOMMENDATION DENYING IFP AND NOTING MATTER - 2