UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SKYLAR G. YZAGUIRRE,

            Plaintiff,

v.

SUPERIOR COURT OF WASHINGTON, et al.,

           Defendants.

Case No. 2:19-CV-1106-RAJ-BAT

**ORDER DENYING IFP STATUS**

The Court, having reviewed plaintiffs' application for leave to proceed *in forma pauperis* (Dkts. 10), the complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's IFP application to proceed *in forma pauperis* (Dkt. 10) is **DENIED**.

(3)     The Clerk shall provide a copy of the order to plaintiff.

DATED this 27th day of September, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING IFP STATUS - 1